Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY DUNN, an individual;<br><br>                              Plaintiff,<br><br>v.<br><br>MERIDIAN FINANCIAL SERVICES, INC., a foreign corporation;<br><br>                              Defendants. | Case No.: 2:16-cv-02690-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT MERIDIAN FINANCIAL SERVICES, INC. WITH PREJUDICE** |

Plaintiff, Bobby Dunn ("Plaintiff"), and Defendant, Meridian Financial Services, Inc. ("Meridian") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

///

1  Therefore, the Parties, by and through their respective attorneys of record, and subject to
2  the court's approval, respectfully request dismissal of the above-captioned matter with prejudice
3  under FRCP 41(a)(1)(A)(ii) as to Meridian, with each party bearing their own attorney's fees and
4  costs incurred in this action.

5  Respectfully Submitted.

6  Dated: January 31, 2017                     Dated: January 31, 2017

7  **LAW OFFICE OF**                           **MORRIS POLICH**
   **KEVIN L. HERNANDEZ**                      **& PURDY LLP**

   */s/ Kevin L. Hernandez*                    */s/ Matthew R. Carlyon*
   Kevin L. Hernandez, Esq.                    Matthew R. Carlyon, Esq.
   Nevada Bar No. 12594                        Nevada Bar No. 12712
   2510 Wigwam Parkway, Suite 206              3800 Howard Hughes Parkway, Suite 500
   Henderson, Nevada 89074                     Las Vegas, Nevada 89169
   kevin@kevinhernandezlaw.com                 mcarlyon@mpplaw.com
   *Attorney for Plaintiff*                    *Attorneys for Defendant*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MERIDIAN WITH PREJUDICE**

Pursuant to the stipulation of the Parties under FRCP 41(a), Meridian is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 3, 2017 _____

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT MERIDIAN FINANCIAL SERVICES, INC. WITH PREJUDICE** was electronically served to the following parties:

Matthew D. Carlyon, Esq.
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
mcarlyon@mpplaw.com
*Attorneys for Defendant*

Dated: January 31, 2017

*/s/ Caesy Morales*_____ .
An Employee of the Law Office of Kevin L. Hernandez